# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GUILFORT DIEUVIL** and **MAGDADENE DIEUVIL,**
Appellants,

v.

**BOYNTON BEACH ASSOCIATES XVI, LLLP,**
BOYNTON BEACH XVI CORPORATION, G.L. BUILDING CORPORATION,
GEORGE ATKINSON, MARIA MENEMDEZ, ALAN J. FONT and
MISHA J. EZRATTI
Appellees.

No. 4D19-2720

[October 8, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2018-CA-011203-XXXX-MB.

Guilfort Dieuvil and Magdadene Dieuvil,Vero Beach pro se.

Michael B. Stevens and Shirley Jean McEachern of Derrevere Stevens Black & Cozad, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***